IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANIEL RAY BROWN                                                                PLAINTIFF

        v.                           Civil No. 6:09-cv-06034

JANNA LOCK, Medical Administrator,
Omega TVC                                                                       DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Daniel Ray Brown, filed this action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2009), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

Plaintiff has filed a motion (Doc. 35) to voluntarily dismiss, or withdraw, his complaint. He indicates he no longer desires to pursue his claims. I therefore recommend that the motion be granted and this case dismissed.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of November 2010.

                                                /s/ Barry A. Bryant
                                                BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE