```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

DANIEL RAY BROWN                                          PLAINTIFF

    V.                    Civil No. 09-6034

JANNA LOCK, Medical Administrator,
Omega TVC                                                 DEFENDANT

## O R D E R

On this 29th day of November 2010, there comes on for consideration the report and recommendation filed in this case on November 8, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 36).  No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Motion (doc. 35) to dismiss his Complaint is GRANTED, and the Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge